**John T. HOLLEY, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

**No. 05–3338.**

United States Court of Appeals,
Federal Circuit.

Jan. 26, 2006.

John T. Holley, pro se.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).